

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Anthony Joseph Piazza, Jr., Appellant

No. 06-18-00050-CV          v.

Carolyn Neill Jennings, Appellee

Appeal from the 123rd District Court of Shelby County, Texas (Tr. Ct. No. 16CV33571). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Anthony Joseph Piazza, Jr., pay all costs of this appeal.

RENDERED JULY 17, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk